**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Case No. 19-cr-322 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Demetrice Devon Miller, | |
| Defendant. | |

This matter comes before the Court on Defendant's Motion for Continuance of Motion Filing Date (ECF No. 18). Defendant seeks additional time to file pretrial motions as defense "counsel needs more time to review discovery and meet with his client to discuss the case, and confer further with the [G]overnment." (ECF No. 18 at 1.) The Government has no objection to the requested extension. (ECF No. 18 at 1.)

In e-mail correspondence with the Court, the parties have agreed to modification of the dates to respond to motions and file any Notice of Intent to Call Witnesses in order to preserve the motions hearing previously set for January 28, 2020. (*See* Dec. 17, 2019 Order, ECF No. 16.)

For good cause shown, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Continuance of Motion Filing Date (ECF No. 18) is **GRANTED**.[1]

2. All responses to motions must be filed by **January 23, 2020**. D. Minn. LR 12.1(c)(2).

---

[1] Defendant filed his motions on January 13, 2020, consistent with the requested extension. (*See* ECF Nos. 19, 20, 21, 22, 23, 24.)

3. Any Notice of Intent to Call Witnesses must be filed by **January 23, 2020**. D. Minn. LR. 12.1(c)(3)(A).

4. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The government makes timely disclosures and Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

5. Consistent with the December 17, 2019 Order, if required, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **January 28, 2020,** at **1:30 p.m.**, in **Courtroom 9W**, Diane E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. D. Minn. LR 12.1(d).

6. Consistent with the December 17, 2019 Order, **TRIAL**:

    a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT, the following trial and trial-related dates are:**

    All voir dire questions and jury instructions must be submitted to Chief District Judge John R. Tunheim on or before **February 10, 2020**. Responses are due February **18, 2020**.

    This case must commence trial on **February 24, 2020**, at **9:00 a.m.** before Chief District Judge Tunheim in **Courtroom 15E**, Diane E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

[Continued on next page.]

b. **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Tunheim to confirm the new trial date.**

.

Date: January  22 , 2020                    *s/ Tony N. Leung*
                                            Tony N. Leung
                                            United States Magistrate Judge
                                            District of Minnesota


                                            *United States v. Miller*
                                            Case No. 19-cr-322 (JRT/TNL)